**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
<u>   Louisville   </u>   **DIVISION**

<u>                              </u>

-vs-                                             Case No.: <u>  3:20-cv-00375-CRS        </u>

<u>                              </u>

**<u>ORDER FOR ADMISSION *PRO HAC VICE*</u>**

      The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant,<u>                    </u>, is permitted to argue or try this case in whole or in part as counsel for<u>                                                                              </u>.