UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
Case No. 3:20-cv-00375-CRS

**MICHAEL COLLINS,** *et al.*                :

                                                                          ORDER

**v.**                :

**MICHAEL ADAMS,** *et al.*                :

Upon motion by Albert Benjamin Chandler, III, and the Court being otherwise sufficiently advised, the present action is DISMISSED pursuant to CR 12.

4842-0144-8640, v. 1

1