UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically filed*

| | |
|---|---|
| MICHAEL COLLINS, *et al.* <br><br>    *Plaintiffs* <br><br> v. <br><br> MICHAEL ADAMS, in his official capacity as the Secretary of State of Kentucky, *et al.* <br><br>    *Defendants* | Judge Charles R. Simpson <br> Civil Action No. 3:20-cv-00375-CRS |

**ATTORNEY GENERAL DANIEL CAMERON'S MOTION TO INTERVENE ON BEHALF OF THE COMMONWEALTH OF KENTUCKY**

The Commonwealth of Kentucky, ex rel. Attorney General Daniel Cameron (the "Commonwealth"), moves to intervene as a defendant in this matter to defend the constitutionality of the Commonwealth's election statutes. A memorandum of law and proposed order are attached. Under Rule 24(c), the Commonwealth also attaches a proposed answer to the Plaintiffs' complaint.

1

Respectfully submitted,

Daniel Cameron
ATTORNEY GENERAL

/s/ Aaron J. Silletto
Victor Maddox
Carmine G. Iaccarino
Aaron J. Silletto
Brett R. Nolan
Marc Manley
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Victor.Maddox@ky.gov
Carmine.Iaccarino@ky.gov
Aaron.Silletto@ky.gov
Brett.Nolan@ky.gov
Marc.Manley@ky.gov

*Counsel for Intervening Defendant,
Commonwealth of Kentucky ex rel.
Attorney General Daniel Cameron*

# CERTIFICATE OF SERVICE

I certify that on July 10, 2020, the above document was filed with the CM/ECF filing system, which electronically served a copy to all counsel of record.

/s/ Aaron J. Silletto
*Counsel for Intervening Defendant,
Commonwealth of Kentucky ex rel.
Attorney General Daniel Cameron*