UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MICHAEL COLLINS, et al.            PLAINTIFFS

v.            NO. 3:20-CV-375-CRS

MICHAEL ADAMS, in his Official Capacity
As Secretary of State of Kentucky, et. al.            DEFENDANTS

## **ORDER**

Before the Court are a number of motions including (1) a motion to dismiss the complaint filed by Albert Benjamin Chandler III, in his official capacity as Chairman of the Kentucky Board of Elections (DN 19), (2) a motion to intervene as a defendant by Attorney General Daniel Cameron (DN 28), and a motion for preliminary injunction filed by the plaintiffs, Michael Collins, *et al.* (DN 30). None of these motions are fully briefed at this date.

This action raises constitutional challenges to the election processes anticipated to be put in place for the November 3, 2020 National election in Kentucky, a mere sixteen weeks from today.

It is therefore **ORDERED** that this matter is scheduled for a **STATUS CONFERENCE** to be conducted by Zoom videoconference on **Wednesday, July 22, 2020 at 2:00 p.m. EDT.** Technical details necessary to connect to the Zoom conference will be provided to counsel of record by separate email.

Members of the public may request audio access to the virtual status conference through the following procedure:

1. Send an email requesting audio access to:
   Intake-kywecf@kywd.uscourts.gov

2. On the **subject line** of your email, **please insert the following information:**
   "Remote Access to Wednesday, July 22, 2020 Status Conference in *Collins, et al. v. Adams, et al.*"

You will receive an email response with a dial-in phone number and Meeting ID which you may use to access the conference.

**IT IS SO ORDERED.**

July 14, 2020

**Charles R. Simpson III, Senior Judge**
**United States District Court**