**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**MICHAEL COLLINS, et al.**                                                **PLAINTIFFS**


**vs.**                                               **CIVIL ACTION NO.  3:20-CV-375-CRS**


**MICHAEL ADAMS, in his Official Capacity**
 **as Secretary of State of Kentucky, et al.**                        **DEFENDANTS**


<u>**MEMORANDUM OF CONFERENCE AND ORDER**</u>


A virtual scheduling conference was held in this matter by Zoom on July 22, 2020 before the

Honorable Charles R. Simpson, III, Senior United States District Judge.  The Court's official reporter

Dena Legg participated.  The following counsel participated in the conference:


<u>**PLAINTIFFS**</u>

**MICHAEL COLLINS, JEFFREY COSBY, THELA ELLIOTT, GRACIE LEWIS, DEJUAN**
**NASH, TIFFANY PRICE, KY LEAGUE OF WOMEN VOTERS, LOUISVILLE URBAN**
**LEAGUE, and KY CONFERENCE OF NAACP BRANCHES:**

    Adriel I. Cepeda Derieux
          w/American Civil Liberties Union Foundation (New York, NY)

    Ceridwen Cherry
          w/American Civil Liberties Union Foundation (Washington, DC)

    Ajay Saini
    Ezra Rosenberg
    Natasha Chabria
           w/Lawyers' Committee for Civil Rights Under Law (Washington, DC)

    Corey M. Shapiro
    Heather L. Gatnarek
    Mashayla R. Hays
          w/ACLU of Kentucky Foundation, Inc. (Louisville, KY)

Megan C. Keenan
Scott J. Garfing
          w/Covington & Burling LLP (Washington, DC)

Robert D. Fram
          w/Covington & Burling LLP (San Francisco, CA)

## **DEFENDANTS**

**MICHAEL ADAMS**
*in his official capacity as the Secretary of State of Kentucky*

Bridget M. Bush
R. Kent Westberry
          w/Landrum & Shouse, LLP (Louisville, KY)

Jennifer S. Scutchfield
Michael R. Wilson
          w/Office of the Secretary of State (Frankfort, KY)

**ANDREW BESHEAR**
*in his official capacity as the Governor of Kentucky*

Laura S. Tipton
Steven T. Mayo
          w/Office of the Governor of Kentucky

**ALBERT BENJAMIN CHANDLER, III**
*In his official capacity as the Chairman of Kentucky Board of Elections*

Daniel L. Morgan
          w/McBrayer PLLC (Lexington, KY)

Taylor Auston Brown
          Attorney w/State Board of Elections (Frankfort, KY)

## **INTERVENOR DEFENDANT (PENDING)**

**COMMONWEALTH OF KENTUCKY**
**ex rel. ATTORNEY GENERAL DANIEL CAMERON**

Aaron J. Silletto
Carmine G. Iaccarino
Victor B. Maddox
          w/Kentucky Attorney General (Frankfort, KY)

Brett R. Nolan
          w/Office of the Governor (Frankfort, KY)

The Court disclosed that the undersigned obtained and completed a request for an absentee ballot for the Kentucky primary election, checking boxes for COVID-19 and age as reasons for the request.  The undersigned did so with no expectation of being absent from the jurisdiction.  The request was made upon learning through the news media that in-person voting was anticipated to take place at one polling place in Jefferson County.  The undersigned determined that casting an absentee ballot was preferable in order to avoid a potential line at the polling place and possible exposure to the virus.  Upon receipt of the absentee ballot, the undersigned cast his vote and returned the ballot via the U.S. Mail.

The undersigned additionally disclosed, for purposes of full transparency, that his spouse contributed to the political campaign of Attorney General Daniel Cameron.

The parties were afforded the opportunity to request recusal in light of the aforementioned disclosures by the close of business on Friday, July 24, 2020.  If no motion for recusal is received by the 5:00 p.m. deadline, recusal will be considered waived.

The Court discussed the status of this case and the parallel action pending in the Franklin Circuit Court, the timeline for pending motions, and the status of plans for conducting the November election.  The parties acknowledged the necessity for this matter to proceed promptly. The parties indicated that there may be agreement on many of the issues raised in this case, and that on-going discussions may yield a narrowing, or resolution, of the issues to be otherwise determined by the Court.  The parties are encouraged to continue their discussions, with Mr. Fram as the point of contact on behalf of the Plaintiffs.

Therefore, with agreement of the parties and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that:

1. Any motion for recusal of the undersigned in this case shall be filed **no later than 5:00 p.m. EDT on July 24, 2020.**

2. Responses to the motion of the plaintiffs for preliminary injunction (DN 30) shall be filed **no later than August 14, 2020.** Replies are due **no later than fourteen (14) days thereafter.**

3. An additional Status Conference will be scheduled, as appropriate.

4. Counsel for Kentucky Secretary of State Michael Adams shall file a Status Report with the Court concerning the progress of the Working Group toward the establishment of a plan for conducting the November election **no later than August 17, 2020**.


**IT IS SO ORDERED.**


July 24, 2020

**Charles R. Simpson III, Senior Judge**
**United States District Court**


cc:     Counsel of Record
Court Reporter:  Dena Legg
Time: 01/55