**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
KENTUCKY LOUISVILLE DIVISION**

| | |
|---|---|
| MICHAEL COLLINS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MICHAEL ADAMS, in his official capacity as the Secretary of State of Kentucky; *et al.*, <br><br> *Defendants*. | Civil Action No. 3:20-cv-00375-CJS |

**STATUS REPORT**

Pursuant to the Agreed Order entered by this Court on July 24, 2020 (Document 43), Defendant Michael Adams, in his official capacity as the Secretary of State of Kentucky, by and through counsel, and hereby submits the following Status Report concerning the progress in establishing a plan for the general election on November 3, 2020.

The Office of the Secretary has been actively meeting with the Office of the Governor, the State Board of Elections, and county clerks from both political parties ("the Working Group") to analyze the experience of the election primary, and in particular what procedures worked or did not work well.

As a result of that bipartisan work, the Secretary has made a recommendation to the Governor, attached as Exhibit A, which the Governor has accepted. Pursuant to that Executive Order, attached as Exhibit B, the State Board of Elections will now promulgate emergency regulations to govern the November general election.

The Secretary respectfully submits that these developments have essentially rendered Plaintiffs' Complaint moot.

For the reasons set forth in the Declaration of Jared Dearing, Executive Director of the Kentucky State Board of Elections, attached as Exhibit C, Plaintiffs' preferred policy outcome of universal mail-in voting is not logistically possible.

The Secretary will provide the Court any additional information it desires.

Respectfully Submitted,

*/s/ R. Kent Westberry*
LANDRUM & SHOUSE LLP
220 W. Main Street
Suite 1900
Louisville, KY 40202
(502) 589-7616
kwestberry@landrumshouse.com
*Counsel for Michael Adams, in his official capacity as the Secretary of State of Kentucky*


*/s/ Bridget M. Bush*
LANDRUM & SHOUSE LLP
220 W. Main Street
Suite 1900
Louisville, KY 40202
(502) 589-7616
bbush@landrumshouse.com
*Counsel for Michael Adams, in his official capacity as the Secretary of State of Kentucky*

## **CERTIFICATE OF SERVICE**

      It is hereby certified by undersigned counsel that the foregoing was filed on this 17th day of August, 2020 through the federal Case Management Electronic Case Filing (CM/ECF) system, which will generate a notice of electronic filing (NEF) to all users who have registered in this action; and a true and correct copy was hand-delivered to the following:

Hon. Andrew Beshear
In his official capacity as the Governor of
Kentucky Office of the Governor
700 Capital Avenue, Suite 100
Frankfort, KY 40601

Hon. A.B. Chandler III
In his official capacity as the Chairman of
the Kentucky State Board of Elections
140 Walnut Street
Frankfort, Kentucky 40601

Hon. Daniel Cameron
In his official capacity as the Attorney
General of Kentucky
1024 Capital Center Drive,
Frankfort, KY 40601

                                            */s/ R. Kent Westberry*

                                            */s/ Bridget M. Bush*