## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| MICHAEL COLLINS, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> MICHAEL ADAMS, *et al.* <br><br> *Defendants*. | Civil Case No. 3:20-cv-00375-CRS |

### JOINT STIPULATION OF DISMISSAL

Come the parties, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), and jointly stipulate to a dismissal of the instant action without prejudice. Each party shall bear their own fees and costs.

Respectfully Submitted,

For Plaintiffs:

| | /s/ Corey Shapiro |
|---|---|
| Adriel I. Cepeda Derieux | Corey Shapiro, Ky. Bar No. 96897 |
| Sophia Lin Lakin | *Counsel of Record* |
| Dale E. Ho | Heather Gatnarek, Ky. Bar No. 95113 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Mashayla Hays, Ky. Bar No. |
| 125 Broad Street, 18th Floor | ACLU OF KENTUCKY FOUNDATION |
| New York, NY 10004 | 325 W. Main Street, #2210 |
| (212) 549-2500 | Louisville, KY 40202 |
| acepedaderieux@aclu.org | (502) 581-9746 |
| slakin@aclu.org | corey@aclu-ky.org |
| dho@aclu.org | heather@aclu-ky.org |
| | mashayla@aclu-ky.org |

Ceridwen Cherry
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15TH STREET, NW
Washington, DC 20005-2313
(202) 675-2326
ccherry@aclu.org

Ezra Rosenberg
Ajay Saini
Natasha Chabria
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
asaini@lawyerscommittee.org
natashachabria@lawyerscommittee.org

Megan C. Keenan
Scott J. Garfing
Jayne Ponder
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
mkeenan@cov.com
eholman@cov.com
sgarfing@cov.com
jponder@cov.com

Robert D. Fram
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000
rfram@cov.com

For Defendants:

 /s/ Steven T. Mayo (with permission)
La Tasha Buckner
Laura S. Tipton
Marc G. Farris
Steven T. Mayo
Taylor A. Payne
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
502-564-2611
latasha.buckner@ky.gov
laurac.tipton@ky.gov
marc.farris@ky.gov
travis.mayo@ky.gov
taylor.payne@ky.gov
*Attorneys for Governor Beshear*

/s/ Michael G. Adams (with permission)
Michael R. Wilson
Michael G. Adams
Jennifer S. Scutchfield
Office of the Secretary of State
700 Capital Avenue
State Capitol, Suite 152
Frankfort, KY 40601
502-782-7417
michael.rollin.wilson@hotmail.com
jscutchfield@ky.gov
*Attorneys for Secretary of State Adams*

Bridget M. Bush
R. Kent Westberry
Landrum & Shouse, LLP
220 W. Main Street, Suite 1900

/s/ Daniel L. Morgan (with permission)
Daniel L. Morgan
McBrayer PLLC – Lexington
201 E. Main Street, Suite 900
Lexington, KY 40507
859-231-8780
lmorgan@mcbrayerfirm.com
*Attorney for SBOE Defendants*

Taylor A. Brown
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601
502-573-7100
taylora.brown@ky.gov
*Attorney for SBOE Defendants*

Louisville, KY 40202
502-589-7616
bbush@landrumshouse.com
kwestberry@landrumshouse.com
*Attorneys for Secretary of State Adams*